# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re **Isabele Escribano**                     Case No. **11-23377**
               Debtor

### DEBTOR'S DECLARATION REGARDING
### DOMESTIC SUPPORT OBLIGATIONS
### (REQUIRED TO OBTAIN CHAPTER 13 DISCHARGE UNDER §1328(a))

I certify (check one):

☑ During the pendency of this bankruptcy case, I have not been required to pay a domestic support obligation by any order of a court or administrative agency or by any statute.

☐ During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court or administrative agency or under any statute.

*If you checked the second box, you must provide the information below.*

My current address: _____

_____

_____

My current employer and my employer's address:

_____

_____

_____

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

**\*certificate attached**                     **11/28/2014**
Signature of Debtor                          Dated

**Isabele Escribano**
Name of Debtor (Printed)

Note: This form must be completed and filed with the court in order for the debtor to receive a discharge under §1328(a). In joint cases, the form must be completed and filed by each debtor.

Revised 05/01/09, jmd

# DAVID M. SIEGEL & ASSOCIATES, L.L.C.
## ATTORNEYS AT LAW

790 Chaddick Drive
Wheeling, IL 60090
Tel: (847) 520-8100
Fax: (847) 520-6022

Other Locations:
Chicago Loop
Chicago South
Waukegan
Joliet
Aurora

David M. Siegel
John J. Ellmann
Christine H. Clar
Patrick A. Crame
Michael J. Cooper
Michael R. Colter, II
Matthew A. Trybula
Dustin M. Butch

### STATEMENT OF DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q) ON BEHALF OF ISABELE ESCRIBANO

PABLO ESCRIBANO, the Debtor, under penalty of perjury states as follows:

That Isabele Escribano passed away on 3/3/12.

That we were married on 3/21/1970.

That based on our marital relationship, I can state that Isabele Escribano did not owe any domestic support obligations when she filed her bankruptcy petition, and had not been required to pay any such obligation since then.

That based on our marital relationship, I can state that Isabele Escribano did not claim an exemption pursuant to Sec. 522(b)(3) and state or local law (1) in property that she or a dependent of her used as a residence, claimed as a homestead, or acquired as a burial plot, as specified in Sec. 522(p)(1) and (2) that exceeds $136,875 in value in the aggregate.

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Signed: _Pablo E.G. (PE)_    Date: 11/28/14
** PABLO ESCRIBANO

Prepared By:
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100