UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-23377 |
| | ) | |
| Pablo Escribano, Jr. and Isabele Escribano, | ) | Chapter:  13 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO WAIVE PERSONAL FINANCIAL MANAGEMENT INSTRUCTION REQUIREMENT FOR JOINT DEBTOR

THIS MATTER coming to be heard on the motion of Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The motion is GRANTED.

2. The Personal Financial Management Instruction requirement for Isabele Escribano is waived.

Enter:

Dated: 2 2 DEC 2014

United States Bankruptcy Judge

**Prepared by:**
John J. Ellmann
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100

Rev: 20130103_bko